

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00026-CR

| | | |
|---|---|---|
| ROBERT LEE KNOX, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1510064D) |
| V. | § | April 25, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing appellant Robert Lee Knox's motion for rehearing, we deny the motion. We withdraw our March 28, 2019 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that the appeal should be dismiss. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel